## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TEKNIK ALUMINYUM SANAYI A.S. <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant.* | **SUMMONS** <br><br> Court No. 21-00251 |

TO:    The Attorney General and the U.S. Department of Commerce:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Mario Toscano**
Clerk of the Court

---

1. **Name and Standing of Plaintiff:**

   Plaintiff in this action is Teknik Aluminyum Sanayi A.S. ("Teknik").  Plaintiff is a Turkish manufacturer of common alloy aluminum sheet ("CAAS") and actively participated in the countervailing duty ("CVD") investigation that is the subject of this action through submissions of factual information and argument.  Plaintiff is an interested party within the meaning of section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A).  Plaintiff has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).  Therefore, it has standing to commence this action pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i).

2. **Brief Description of Contested Determination:**

   Plaintiff contests certain aspects of the final determination issued by the U.S. Department of Commerce, International Trade Administration ("ITA"), in its CVD investigation of Common Alloy Aluminum Sheet from Turkey, Case Number C-489-840 contained in *Common Alloy Aluminum Sheet From the Republic of Turkey: Final Affirmative Countervailing Duty Determination and Final Affirmative Determination of Critical Circumstances, In Part*, 86 Fed. Reg. 13,315 (Dep't of Commerce Mar. 8, 2021) and the resulting countervailing duty order.  *Common Alloy Aluminum Sheet*

1

*from Bahrain, India, and the Republic of Turkey: Countervailing Duty Orders*, 86 Fed. Reg. 22,144 (Dep't of Commerce Apr. 27, 2021) ("*CVD Order*").

3. **Effective Date of Determination:**

The contested determination was issued by the Department of Commerce on March 1, 2021.

4. **Notice of Contested Determination:**

The final countervailing duty determination was published on March 8, 2021. The *CVD Order* was published on April 27, 2021.

Respectfully Submitted,

/s/ Kristen S. Smith
Kristen S. Smith
Sarah E. Yuskaitis

**SANDLER TRAVIS & ROSENBERG, P.A.**
1300 Pennsylvania Avenue, N.W.
Suite 400
Washington, D.C. 20004
Tel: (202) 730-4965
Fax: (202) 842-2247

*Attorneys for Plaintiff Teknik Aluminyum Sanayi A.S.*

Dated: May 25, 2021