Form 24-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 24

| | |
|---|---|
| TEKNIK ALUMINYUM SANAYI A.S.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>UNITED STATES,<br><br>　　　　　　　　　　Defendant. | **Court No.:** 21-00251 |

**ORDER FOR STATUTORY INJUNCTION UPON CONSENT**

　　Pursuant to 19 U.S.C. § 1516a(c)(2), this Court may enjoin the liquidation of all entries of merchandise identified below;

　　The parties in this action agree that, as required by 19 U.S.C. § 1516a(c)(2), a proper showing has been made that the requested injunctive relief should be granted under the circumstances;

　　Accordingly, it is hereby

　　**ORDERED** that Defendant, United States, together with its delegates, officers, agents, and servants, including employees of U.S. Customs and Border Protection and the U.S. Department of Commerce, is enjoined during the pendency of this litigation, including any appeals, from issuing instructions to liquidate or making or permitting liquidation of any unliquidated entries of

Form 24-2

Common Alloy Aluminum Sheet                    ;
[insert Product]

from the Republic of Turkey                    ;
[insert Country]

(1) That were: (Add additional lines as needed)

☐ produced by _____
[Company Name]

☐ exported by _____
[Company Name]

☐ produced by _____ and
[Company Name]

exported by _____
[Company Name]

☐ produced and exported by _____
[Company Name]

☑ produced and/or exported by Teknik Aluminyum Sanayi A.S.
[Company Name]

☐ produced by _____ and
[Company Name]

imported by _____ ;
[Company Name]

(2) That were the subject of the United States Department of Commerce's final

determination in *Common Alloy Aluminum Sheet from the Republic of Turkey: Final Affirmative Countervailing Duty Determination and Final Affirmative Determination of Critical Circumstances, In Part*, 86 Fed. Reg. 13315 (Mar. 8, 2021).
[insert title, volume, page and date of FR Notice]

(3) That were entered, or withdrawn from warehouse, for consumption, during the

period March 8, 2021 through March 31, 2022            ;
[Date]                    [Date]

Form 24-3

and it is further

**ORDERED** that the entries subject to this injunction shall be liquidated in accordance with the final court decision in this action, including all appeals and remand proceedings, as provided in 19 U.S.C. § 1516a(e); and it is further

**ORDERED** that any entries inadvertently liquidated after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction.

DATED: July 27, 2021
New York, New York

/s/ M. Miller Baker
Judge

(Added Sept.19, 2017, eff. Oct. 23, 2017; amended June 18, 2019, eff. July 1, 2019.)